NUMBER 13-10-00518-CR

 

                                  COURT
OF APPEALS

 

                        THIRTEENTH
DISTRICT OF TEXAS

 

                           CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

EX PARTE JANEQUA
JACKSON

____________________________________________________________

 

                           On
appeal from the 130th District Court

                                    of
Matagorda County, Texas.

____________________________________________________________

 

                                      MEMORANDUM OPINION

 

                     Before
Justices Benavides, Vela, and Perkes

                               Memorandum
Opinion Per Curiam

 








Janequa
Jackson filed an appeal from the trial court’s order denying application for
writ of habeas corpus seeking bail reduction.  Jackson, by and through her
attorney, has filed an amended motion to dismiss the appeal for lack of
standing.  See Tex. R. App. P.
42.2(a).  Without passing on the merits of the case, we grant the motion and
dismiss the appeal.  Having dismissed the appeal at appellant's request, no
motion for rehearing will 




 

be
entertained, and our mandate will issue forthwith.

PER
CURIAM

 








Do not
publish.  See Tex. R. App. P.
47.2(b).  

Delivered and filed the 

11th day of August, 2011.